■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE BRIGGS, Appellant. [21 NYS3d 660]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered July 17, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree, robbery in the first degree and criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GRAHAM, II, Appellant. [21 NYS3d 661]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered April 3, 2014. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his guilty plea, of assault in the second degree (Penal Law § 120.05 [1]). The record establishes that defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and his challenge to the severity of the sentence is encompassed by that valid waiver (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.